1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
          1420 E. Cooley Dr., Suite 100
3          Colton, California 92324
          Telephone: (909) 796-4560
4          Facsimile:  (909) 796-3402
5          E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                 UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 CAROLYN  HERREL,                          )     No.  EDCV 10-258 DTB
11                                           )
12         Plaintiff,                        )     [PROPOSED] ORDER AWARDING
                                             )     EAJA FEES
13         v.                                )
14                                           )
   MICHAEL J. ASTRUE,                        )
15 Commissioner Of Social Security,          )
16                                           )
17         Defendant.                        )
   _____)

18
19         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20         IT IS ORDERED that EAJA fees are awarded in the amount of ONE

   THOUSAND FOURTEEN HUNDRED DOLLARS AND 00/100 ($1,400.00) subject
21
   to the terms of the stipulation.
22
           DATE:  September 23, 2011
23
24         _____

25         HON. DAVID T. BRISTOW
           UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-